IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAMEKA THOMAS, <br> o/b/o Q.T.H. Minor Child, <br><br> Plaintiff, <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | * <br> * <br> *    Case No. 5:24-cv-00172-TES-CHW <br> * <br> * <br> * |

## J U D G M E N T

Pursuant to this Court's Order dated September 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 26th day of September, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk