IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SHAMEKA THOMAS, o/b/o Q.T.H.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**Comm'r of SOCIAL SECURITY,**<br><br>*Defendant*. | **CIVIL ACTION NO.**<br>**5:24-cv-00172-TES-CHW** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Before the Court is Plaintiff's Motion for Attorney's Fees [Doc. 10]. After reviewing relevant filings, the Court **GRANTS** Plaintiff's Motion [Doc. 10] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).[1] Therefore, it is **ORDERED** that:

1. Plaintiff is awarded attorney's fees in the amount of $7,254.00.

2. Plaintiff is awarded costs in the amount of $405.

3. Any payment shall be made payable to Plaintiff. Pursuant to the Commissioner's Response, if Plaintiff's counsel produces a valid assignment of EAJA fees, and if the United States Department of Treasury determines that Plaintiff does not owe a federal debt, the Government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. [Doc. 11, p. 1].

---

[1] The Commissioner filed a Response [Doc. 11] stating that she does not oppose an award of attorney's fees in the amount set forth in the Motion. However, the Commissioner noted that "Plaintiff's counsel did not attach to his motion an assignment of EAJA fees, thus any payment will be made payable to Plaintiff." [Doc. 11, p. 1].

2

**SO ORDERED**, this 3rd day of December, 2024.

                                              S/ Tilman E. Self, III
                                              **TILMAN E. SELF, III, JUDGE**
                                              **UNITED STATES DISTRICT COURT**