IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SHAMEKA THOMAS                    *
*o/b/o* Q.T.H. Minor Child,
                                  *
                    Plaintiff,        Case No.   5:24-cv-00172-TES-CHW
v.                                *

COMMISSIONER OF SOCIAL SECURITY,  *

                    Defendant.     *
_____

## J U D G M E N T

Pursuant to the Order of this Court filed December 3, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,254.00. Plaintiff is awarded costs in the amount of $405.

This 10th day of December, 2024.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk